# United States District Court
## Western District of North Carolina
### Statesville  Division

| | | |
|---|---|---|
| NORBERT MATHEW PLAUD, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:14CV46 |
| | ) | 5:12CR14-1-V |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 7, 2015 Order.

January 7, 2015

*Frank G. John*

Frank G. Johns, Clerk
United States District Court